IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN M. DAVIS,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　Case No. 18-cv-275-bbc

STATE OF WISCONSIN,

    Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition filed by Glenn M. Davis for writ of habeas corpus under 28 U.S.C. § 2254 without prejudice for petitioner's failure to obtain the necessary preliminary authorization required by 28 U.S.C. § 2244(b)(3)(A).

| /s/ | 5/16/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |